# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER __08-MJ 1161__ |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
|  | ) | Booking No. _____ |
| Brandon Gonzalez (13) | ) |  |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __4/15/08__ the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

____X_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

____X_____ Other. __ATTORNEY APPOINTMENT HRG 4/18 9AM BLM__

Received _____/s/_____
                    DUSM

UNITED STATES MAGISTRATE JUDGE
                OR
W. SAMUEL HAMRICK, JR.  Clerk
by _____/s/_____
                    Deputy Clerk

Crim-9   (Rev 6-95)                                             ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY